BLECHER & COLLINS, P.C.
Maxwell M. Blecher (State Bar No. 26202)
  *mblecher@blechercollins.com*
Jennifer S. Elkayam (State Bar No. 238619)
  *jelkayam@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Plaintiff
RJG, CONSULTANTS INC. d/b/a/ RJG, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RJG CONSULTANTS, INC., d/b/a/ RJG, Inc., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FORCE PROTECTION, INC., a Nevada corporation,<br><br>　　　　　Defendant. | CASE NO. SACV 10-1465 CJC (PJWx)<br><br>**JUDGMENT**<br><br>**HON. CORMAC J. CARNEY** |

Pursuant to the Court's Order of December 16, 2010 granting defendant Force Protection, Inc.'s motion to dismiss the First Amended Complaint for failure to state a claim,

**IT IS HEREBY ORDERED** that judgment be entered dismissing the above-captioned action against defendant with prejudice.

Dated: February 22, 2011

                            HON. CORMAC J. CARNEY
                            United States District Court Judge

1