BINGHAM MCCUTCHEN LLP
Peter N. Villar (SBN 204038)
peter.villar@bingham.com
Craig A. Taggart (SBN 239168)
craig.taggart@bingham.com
Michael D. Mortenson (SBN 247758)
michael.mortenson@bingham.com
Andrea Ruth Bird (SBN 270791)
andrea.bird@bingham.com
600 Anton Boulevard
18th Floor
Costa Mesa, CA  92626-1924
Telephone:  714.830.0600
Facsimile:  714.830.0700
Email:  peter.villar@bingham.com

Attorneys for Defendant
FORCE PROTECTION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RJG CONSULTANTS, INC., *doing business as* RJG, Inc., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORCE PROTECTION, INC., a Nevada corporation,<br><br>　　　　　Defendant. | Case No. SACV 10-1465 CJC (PJWx)<br><br>**[PROPOSED] AMENDED JUDGMENT FOR DEFENDANT FORCE PROTECTION, INC.** |

A/73611811.2

1  On December 16, 2010, the Court entered its Order Granting Defendant Force Protection, Inc.'s Motion to Dismiss with Prejudice. (Dkt. No. 15.) Plaintiff RJG Consultants, Inc., *doing business as* RJG, Inc. filed a Motion for Reconsideration of the Court's December 16, 2010 Order on January 14, 2011. (Dkt. No. 17.) On February 11, 2011, the Court issued its Order Denying Plaintiff's Motion for Reconsideration. (Dkt. No. 25.)

Based on the Court's December 16, 2010 and February 11, 2011 Orders, the Court now ORDERS and enters JUDGMENT in favor of Defendant Force Protection, Inc., as follows:

1. That the entire action is dismissed on the merits with prejudice, and that judgment is entered in favor of Defendant Force Protection, Inc. and against Plaintiff RJG Consultants, Inc., *doing business as* RJG, Inc., on all of the claims for relief asserted in the First Amended Complaint;

2. That Plaintiff RJG Consultants, Inc. *doing business as* RJG, Inc. shall take nothing by way of this action; and

3. That Defendant Force Protection, Inc., shall recover from Plaintiff RJG Consultants, Inc., *doing business as* RJG, Inc., its costs.

DATED: 2/23/11

The Honorable Cormac J. Carney
United States District Court Judge